UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.                Case No. 19-CR-8

CHRIS KUBIAK,

    Defendant.

## MEMORANDUM CONCERNING CASE STATUS

The United States of America, by its attorneys, Matthew D. Krueger, United States Attorney for the Eastern District of Wisconsin, and Carol L. Kraft, Assistant United States Attorney, hereby provides the following status update for the above captioned case.

Based on discussions between counsel for Mr. Kubiak, and counsel for the United States, the parties expect to resolve this case short of trial. A plea agreement has been proffered to Mr. Kubiak, and the parties are in the process of working out final details of the same.

Undersigned counsel is authorized to represent that Mr. Kubiak's counsel, Jonathan LaVoy, concurs with this status report.

Dated this 14th day of March 2019.

                Respectfully submitted,

                MATTHEW D. KRUEGER
                United States Attorney

By:     s/Carol L. Kraft
            CAROL L. KRAFT, WSB # 1000117
            Assistant United States Attorney
            517 East Wisconsin Avenue, # 530
            Milwaukee, WI 53202
            Telephone 414 297-1706/FAX 414 297-1738
            Email: carol.kraft@usdoj.gov